# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LESLIE A. SMITH | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-cv-2458 |
| | ) |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC., | ) JUDGE WATSON |
| | ) |
| | ) MAGISTRATE JUDGE PRESTON DEAVERS |
| | ) |
|     Defendant. | ) |

## **JOINT MOTION TO REMAND**

The parties, by and through undersigned counsel, hereby file this Joint Motion to Remand pursuant to 28 U.S.C. § 1447. The basis for the motion is explained in the accompanying memorandum.

Respectfully Submitted,

/s/Danny L. Caudill
Danny L. Caudill (0078859)
THE CAUDILL FIRM, LLC
175 S. Third St., Suite 200
Columbus, Ohio 43215
(614) 360-1946 Tel.
(631) 448-4544 Fax
dlcaudill@caudillfirm.com Email
*TRIAL ATTORNEY FOR PLAINTIFF*

Jami S. Oliver (0061738)
OLIVER LAW OFFICES
132 Northwoods Blvd., Suite B
Columbus, Ohio 43235
(614) 220-9100 Tel.
(866) 318-4580 Fax
joliver@jamioliver.com Email
*CO-COUNSEL FOR PLAINTIFF*

/s/ Traci L. Martinez
Traci L. Martinez, Trial Attorney (0083989)
Tara A. Aschenbrand (0075090)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
traci.martinez@squirepb.com
tara.aschenbrand@squirepb.com

*Attorneys for Defendant OCLC*

**MEMORANDUM**

The parties have conferred and agree that this case should be remanded back to the state court from which it originated. Pursuant to 28 U.S.C. § 1441(b)(2), the "forum defendant rule," the lawsuit was filed in Ohio, the sole Defendant is a citizen of Ohio and the Defendant was properly served. Accordingly, the parties respectfully request that the Court grant their joint motion and remand this case back to the state court where it was originally filed.

A proposed entry will be emailed to Magistrate Judge Preston Deavers' chambers for the Court's convenience.

**CERTIFICATE OF SERVICE**

The undersigned attorney caused the foregoing to be served on all counsel for all parties via the Clerk of Court's CM/ECF system on July 8, 2015.

/s/ Traci L. Martinez
*Counsel for Defendant OCLC*