**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

Leslie A. Smith

JUDGMENT IN A CIVIL CASE

      vs                    Case No. 2:15-cv-2458

OCLC Online Computer        **Judge Watson**
Library Center, Inc.             **Magistrate Judge Deavers**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's July 8, 2015 Order.

Date: **July 9, 2015**        **Richard W. Nagel, Clerk**

                                              s/ Scott Miller
                                           By Scott Miller /Deputy Clerk